UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
GRADY MEMORIAL HOSPITAL       )
CORPORATION d/b/a GRADY        )
MEMORIAL HOSPITAL, *et al.*,         )
                                                                    )
               Plaintiffs,        )
                                                                    )
   v.                    )     Civil Action No. 18-1126 (ABJ)
                                                                    )
ALEX M. AZAR, II,               )
*Secretary, United States Department*   )
*of Health and Human Services*,      )
                                                                    )
               Defendant.   )
_____)
                                                                    )
FORT SANDERS REGIONAL        )
MEDICAL CENTER, *et al*.,            )
                                                                    )
               Plaintiffs,        )
                                                                    )
   v.                    )     Civil Action No. 18-1155 (ABJ)
                                                                    )
ALEX M. AZAR, II,               )
*Secretary, United States Department*   )
*of Health and Human Services*,      )
                                                                    )
               Defendant.   )
_____)

## **ORDER FOR CONSOLIDATION**

Pursuant to Fed. R. Civ. P. 42, upon the Court's own motion and in light of the parties' notice that they do not object to consolidation, [Dkt. # 9], it is ORDERED that *Grady Memorial Hospital Corporation v. Azar*, 18-cv-1126-ABJ, and *Fort Sanders Regional Medical Center v. Azar*, 18-cv-1155-ABJ, are consolidated with *Albert Einstein Healthcare Network v. Azar*, 1:17-cv-1134-ABJ.

It is FURTHER ORDERED that the Clerk's Office close the *Grady Memorial Hospital Corporation* and *Fort Sanders Regional Medical Center* cases and transfer plaintiffs in those cases to the *Albert Einstein Healthcare Network* case.

It is FURTHER ORDERED that all filings in the consolidated cases shall be filed only in *Albert Einstein Healthcare Network*. The stay entered in *Albert Einstein Healthcare Network* and the order for a joint status report remain in effect.

*[signature]*

AMY BERMAN JACKSON
United States District Judge

DATE: June 14, 2018